IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOHN D CONNOR, JR,

    Plaintiff,

v.                            CASE NO. 1:14-cv-00116-MP-CAS

CAROLYN W COLVIN,

    Defendant.

_____/

# O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 5, 2015. (Doc. 15). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Petitioner has filed objections at Doc. 18. I have made a de novo review based on those objections.

Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     The decision of the Commissioner, denying benefits, is affirmed.

**DONE AND ORDERED** this  *4th* day of June, 2015

                                          *s/Maurice M. Paul*
                                      Maurice M. Paul, Senior District Judge